MAYER, BROWN, ROWE & MAW LLP
EDWARD D. JOHNSON (SBN 189475)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306
Telephone:  (650) 331-2000
Facsimile:   (650) 331-4537
wjohnson@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
RICHARD J. FAVRETTO
1909 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 263-3000
Facsimile:   (202) 263-3300
rfavretto@mayerbrownrowe.com

Attorneys for Defendants
UNITED AIR LINES, INC.

Additional Counsel Appear on Signature Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANCY J. ANDERSON, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> UNITED AIR LINES, INC., BRITISH AIRWAYS PLC, and VIRGIN ATLANTIC AIRWAYS LIMITED, <br><br> Defendants. | CASE NO. CV 06-04139-CRB <br><br> STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO LOCAL RULE 6-1 TO EXTEND TIME TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-1, in light of the transfer motion now pending before the Judicial Panel on Multidistrict Litigation ("JPML") captioned *In re International Air Transportation Surcharge Antitrust Litigation*, MDL Docket No. 1793, Plaintiff Nancy J. Anderson ("Plaintiff") and Defendants United Air Lines, Inc., British Airways Plc, and Virgin Atlantic Airways Limited (collectively, the

"Defendants"), through their respective counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendants' time to answer, move or otherwise plead is enlarged until the later of (1) the date when the Defendants would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on the pending motion and consolidates each related action in a single court, and a consolidated complaint is filed by all plaintiffs in the single transferee Court and served on Defendants.

IT IS FURTHER STIPULATED AND AGREED that each defense counsel designated below shall accept service on behalf of the Defendant represented by each such counsel of all complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that such Defendant shall not contest sufficiency of process or service of process.  This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue.  Nothing in this paragraph shall obligate any Defendant to answer, move or otherwise respond to any complaint until the time provided in the preceding paragraph.  The above notwithstanding, should any Defendant, except pursuant to court order, respond to any complaint in a related matter filed in another United States District Court prior to the date contemplated by this stipulation, then such Defendant shall make a simultaneous response to the complaint in the above-captioned matter.

Respectfully submitted,

Dated: August 8, 2006            LAW OFFICE OF MICHAEL D. LIBERTY

/s/
Jeffrey T. Rizzo (SBN 239170)
Michael David Liberty (SBN 136088)
LAW OFFICE OF MICHAEL D. LIBERTY
1290 Howard Ave., Suite 303
Burlingame, CA 94010
T:  (650) 685-8085
F:  (650) 685-8086

-2-

|   |   |   |
|---|---|---|
| 1 |   | *Attorneys for Plaintiff Nancy J. Anderson* |
| 2 | Dated:  August 8, 2006 | MAYER, BROWN, ROWE & MAW LLP |
| 3 |   |   |
| 4 |   | /s/ |
|   |   | Edward D. Johnson (SBN 189475) |
| 5 |   | MAYER, BROWN, ROWE & MAW LLP |
|   |   | Two Palo Alto Square, Suite 300 |
| 6 |   | 3000 El Camino Real |
|   |   | Palo Alto, CA  94306 |
| 7 |   | T: (650) 331-2000 |
|   |   | F: (650) 331-4537 |
| 8 |   | Richard J. Favretto |
|   |   | MAYER, BROWN, ROWE & MAW LLP |
| 9 |   | 1909 K Street, NW |
|   |   | Washington, DC  20006 |
| 10 |   |   |
| 11 |   | *Attorneys for Defendant United Air Lines, Inc.* |
| 12 | Dated:  August 8, 2006 | SULLIVAN & CROMWELL LLP |
| 13 |   | /s/ |
|   |   | Brendan P. Cullen (SBN 194057) |
| 14 |   | SULLIVAN & CROMWELL LLP |
|   |   | 1870 Embarcadero Road |
| 15 |   | Palo Alto, CA  94303 |
|   |   | T:  (650) 461-5600 |
| 16 |   | F:  (650) 461-5700 |
| 17 |   | Daryl A. Libow |
|   |   | SULLIVAN & CROMWELL LLP |
| 18 |   | 1701 Pennsylvania Avenue, NW |
|   |   | Washington, DC  20006 |
| 19 |   |   |
| 20 |   | *Attorneys for Defendant British Airways Plc* |
| 21 |   |   |
| 22 | Dated:  August 8, 2006 | SIMPSON THACHER & BARTLETT LLP |
| 23 |   | /s/ |
|   |   | Harrison J. Frahn (SBN 206822) |
| 24 |   | SIMPSON THACHER & BARTLETT LLP |
|   |   | 2550 Hanover Street |
| 25 |   | Palo Alto, CA  94304 |
|   |   | T:  (650) 251-5000 |
| 26 |   | F:  (650) 251-5002 |
| 27 |   |   |
| 28 |   |   |

-3-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04139-EMC

1  Charles E. Koob (SBN 47349)
   SIMPSON THACHER & BARTLETT LLP
2  425 Lexington Avenue
   New York, NY 10017

3  *Attorneys for Defendant Virgin Atlantic Airways Limited*

4

5

6  *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatories' concurrences in the filing of this document have been obtained.*

7

8  PURSUANT TO STIPULATION,
   IT IS SO ORDERED:

9

10  Date:    August 14, 2006

11

12

13  Honorable Judge Charles R. Breyer



-4-
STIPULATION AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 6-1
TO EXTEND TIME TO RESPOND TO COMPLAINT – CV 06-04139-EMC